## 35483. JOHNSTON v. JOHNSTON.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 21, 1979 — DECIDED OCTOBER 23, 1979 — REHEARING DENIED NOVEMBER 6, 1979.

*Carroll, Greenfield & Beltran, Frank J. Beltran,* for appellant.

*Joseph E. Wilkerson,* for appellee.